**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-6160**

_____


CARL MICHAEL ALLSBROOK,

                              Petitioner - Appellant,

        versus

RONALD J. ANGELONE, Director, Virginia Depart-
ment of Corrections,

                              Respondent - Appellee.

_____

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Robert G. Doumar, Senior District
Judge.  (CA-99-185-2)

_____

Submitted:  April 20, 2000          Decided:  May 11, 2000

_____

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Carl Michael Allsbrook, Appellant Pro Se.  William W. Muse, Assis-
tant Attorney General, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Carl Michael Allsbrook seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court. See Allsbrook v. Angelone, No. CA-99-185-2 (E.D. Va. Jan. 31, 2000).* We note that, although the magistrate judge's report did not expressly address Allsbrook's claim that he was denied the right to appeal the Parole Board's decision, this claim lacks merit. See Virginia Parole Bd. v. Wilkins, 498 S.E.2d 695, 696 (Va. 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on January 21, 2000, the district court's records show that it was entered on the docket sheet on January 31, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2